# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| William Bradford Carlan, ) | C.A. No. 6:12-cv-00372-GRA-JDA |
| Plaintiff, ) | |
| ) | **CONSENT ORDER OF DISMISSAL** |
| vs. ) | |
| Benore Logistics Systems, Inc., ) | |
| Defendant. ) | |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

AND IT IS SO ORDERED.

_____
The Honorable G. Ross Anderson, Jr.
Senior United States District Judge

April 10, 2012
Anderson, South Carolina

**WE CONSENT:**

_____
H. Michael Spivey, #4263
P.O. Box 809
Mauldin, SC 29662
Email: hmichaelspivey@bellsouth.net
Telephone: (864) 327-5000
Facsimile: (864) 288-0351
Attorneys for Plaintiff

_____
Christine Gantt-Sorenson, Fed. ID # 5833
Kimberly Witherspoon, Fed. I.D. # 11082
HAYNSWORTH SINKLER BOYD, P.A
P.O. Box 2048
Greenville, SC  29602
Email: csorenson@hsblawfirm.com
(864) 240-3282
Attorneys for Defendant